No. 68693.—D. Strauss Co., Inc., et al. v. United States, protests 246127–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the items of merchandise are not wholly or in chief value of cotton, rayon, or silk and that they are wholly or in chief value of a synthetic fiber (nylon), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JUNE 25, 1964

No. 68694.—Chain Bike Corp. v. United States, protest 58/2358 (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.